## Certificate of Credit Counseling

Certificate Number: 13858-FLM-CC-031697258



13858-FLM-CC-031697258

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 1, 2018, at 3:50 o'clock PM EDT, Guy Gump received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   October 1, 2018                     By:     /s/Nicholas Vazquez

                                            Name:   Nicholas Vazquez

                                            Title:  Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).