```
                         United States Bankruptcy Court
                            Middle District of Florida
In re:                                                          Case No. 18-08680-FMD
Guy F. Gump                                                     Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 113A-9        User: cahyen          Page 1 of 2          Date Rcvd: Oct 11, 2018
                            Form ID: 309A         Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db            +Guy F. Gump,   21527 Widgeon Terrace,   Fort Myers Beach, FL 33931-4331
27837040      +Abdulmalek Sabbagh MD,   29 Hospital Plaza #E,   Weston, WV 26452-8471
27837042       Ally Bank,   PO Bank 5263,   Cranberry Township, PA 16066
27837043       Associated Specialists,   627 Medical Park Dr #204,   Bridgeport, WV 26330
27837045      +Atherotech Inc,   PO Box 1118,   Birmingham, AL 35201-1118
27837047      +Cardiac Care Group,   PO Box 628217 Drawer 1109,   Orlando, FL 32862-8217
27837048      +Equitable Gas,   PO Box 371820,   Pittsburgh, PA 15250-7820
27837049      +FCA Wholesale Inc,   1652 Avondale St,   Naples, FL 34112-4711
27837050       FL State Disbursement Unit,   PO Box 8500,   Tallahassee, FL 32314-8500
27837052      +Natasha S Gump,   21527 Widgeon Terrace,   Fort Myers Beach, FL 33931-4331
27837053      +Radiological Phys Assoc,   PO Box 580190,   Charlotte, NC 28258-0190
27837054      +Rick and Nancy Redenius,   5218 Williams Dr,   Fort Myers Beach, FL 33931-4024
27837056      +Scott Murphy,   c/o Cynthia Conlin & Assoc,   1643 Hillcrest St,   Orlando, FL 32803-4809
27837058      +St Joseph Hospital,   1 Amalia Dr,   Buckhannon, WV 26201-2200
27837059      +St Joseph Hospital,   c/o Nat'l Hospital Collections,   16 Distributor Dr #2,
                Morgantown, WV 26501-7209
27837062      +University Health Assoc,   PO Box 776,   Morgantown, WV 26507-0776
27837063      +Virginia Dept of Taxation,   c/o Penn Credit,   PO Box 12914,   Norfolk, VA 23541-0914
27837066       WVU Hospital,   c/o Fidelity Collections,   PO Box 2055,   Alliance, OH 44601-0055
27837065      +WVU Hospital,   c/o United Collections Bureau,   4100 Horizons Dr #101,
                Columbus, OH 43220-5283
27837064      +WVU Hospital,   c/o JP Recovery Svc,   PO Box 16749,   Rocky River, OH 44116-0749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: millerandhollander@comcast.net Oct 11 2018 23:41:03     Richard J. Hollander,
                Miller, Hollander & Jeda,   5278 Golden Gate Pkwy., Suite 2,   Naples, FL   34116
tr             EDI: QLERIVERAII.COM Oct 12 2018 03:28:00     Luis E Rivera, II,   Post Office Box 1026,
                Fort Myers, FL   33902-1026
ust           +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Oct 11 2018 23:43:09
                United States Trustee - FTM7/13,   Timberlake Annex, Suite 1200,   501 E Polk Street,
                Tampa, FL 33602-3949
27837044      +EDI: CINGMIDLAND.COM Oct 12 2018 03:28:00     AT&T,   1025 Lenox Park Blvd,
                Atlanta, GA 30319-5309
27837041      +EDI: PRA.COM Oct 12 2018 03:28:00     Allegheny Power,   c/o Portfolio Recovery,
                120 Corporate Blvd,   Norfolk, VA 23502-4952
27837046      +EDI: CAPITALONE.COM Oct 12 2018 03:28:00     Capital One,   PO Box 30285,
                Salt Lake City, UT 84130-0285
27837051       EDI: IRS.COM Oct 12 2018 03:28:00     Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
27837055      +EDI: DRIV.COM Oct 12 2018 03:28:00     Santander Consumer USA,   PO Box 560284,
                Dallas, TX 75356-0284
27837057      +E-mail/Text: bankruptcynotices@squareup.com Oct 11 2018 23:43:28     Square Inc/Squareup.com,
                1455 Market St #6600,   San Francisco, CA 94103-1331
27837060      +EDI: CREDPROT.COM Oct 12 2018 03:28:00     Suddenlink Communications,
                c/o Credit Protection Assoc,   13355 Noel Rd #2100,   Dallas, TX 75240-6837
27837061      +E-mail/Text: lasurec@uhcwv.org Oct 11 2018 23:43:34     United Hospital Center,
                327 Medical Park Dr,   Bridgeport, WV 26330-9006
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2018                            Signature:   /s/Joseph Speetjens

```
District/off: 113A-9          User: cahyen              Page 2 of 2              Date Rcvd: Oct 11, 2018
                              Form ID: 309A             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
    Luis E Rivera, II  trustee.rivera@gray-robinson.com,
     lrivera@ecf.epiqsystems.com;jodi.payne@gray-robinson.com
    Richard J. Hollander  on behalf of Debtor Guy F. Gump millerandhollander@comcast.net,
     backupnotices@comcast.net;mhbknotices@gmail.com
    United States Trustee - FTM7/13  USTPRegion21.TP.ECF@USDOJ.GOV
                                       TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Guy F. Gump** | Social Security number or ITIN **xxx–xx–1293** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Florida** | Date case filed for chapter **7   10/10/18** |
| Case number: | **9:18–bk–08680–FMD** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Guy F. Gump | |
| 2. | **All other names used in the last 8 years** | aka Guy Franklin Gump, dba The Frank Gump Agency | |
| 3. | **Address** | 21527 Widgeon Terrace<br>Fort Myers Beach, FL 33931 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard J. Hollander<br>Miller, Hollander & Jeda<br>5278 Golden Gate Pkwy., Suite 2<br>Naples, FL 34116 | Contact phone 239–775–2000<br>Email: millerandhollander@comcast.net |
| 5. | **Bankruptcy Trustee**<br>Name and address | Luis E Rivera II<br>Post Office Box 1026<br>Fort Myers, FL 33902–1026 | Contact phone (239) 254–8466 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 801 N. Florida Ave. Suite 555<br>Tampa, FL 33602–3899 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: October 11, 2018 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **November 13, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**United States Courthouse Federal Bldg., 2110 First Street 2–101, Fort Myers, FL 33901** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** January 14, 2019 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 9:18-bk-08680-FMD   Doc 5   Filed 10/13/18   Page 5 of 5

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**